[Clerks Office Only]
Name:
Savage, Paul
Email Address:
paul@savagenonprofit.org
Phone Number
484 861 1013
Are you filing a new case?
No, I'm not filing a new case.
Case Caption
YOUNG et al v. FEDERAL RESERVE BOARD OF GOVERNORS et al
Case Number
24-cv-05422
Description of Document(s)
28 U.S. CODE Sec. 1746-UNSWORN DECLARATION
Terms of Submission
Yes
Do you have a mailing address?
Yes
Select 'Yes' if you do not have a mailing address.
Mailing Address Line 1
659A East Union Street
Mailing Address Line 2
City:
NA
State:
NA
Zip Code:
NA
Other

Hide empty values