IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. PERSON TRUST(S) EX REL. YOUNG, JOHNNY; SAVAGE, PAUL; AND PREFERRED NAME ISRAEL ZADOCK, ET AL., <br>   *Plaintiffs,* <br><br> v. <br><br> FEDERAL RESERVE BOARD OF GOVERNORS; FEDERAL RESERVE BANK OF PHILADELPHIA; AND U.S. TREASURY, <br>   *Defendants.* | Civil No. 24-5422 |

## ORDER

  **AND NOW**, this 21st day of November, 2025, upon review of Defendant Federal Reserve Bank of Philadelphia's Motion to Dismiss (ECF No. 32) and the responses thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** for the reasons stated in the accompanying memorandum.

  **IT IS FURTHER ORDERED** that Plaintiff's compliant as to the Federal Reserve Bank of Philadelphia is **DISMISSED WITH PREJUDICE**.

            BY THE COURT:

            _____
            MARY KAY COSTELLO, J.