IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. PERSON TRUST(S) EX REL. YOUNG, JOHNNY; SAVAGE, PAUL; AND PREFERRED NAME ISRAEL ZADOCK, ET AL.,<br>　　　*Plaintiffs,*<br><br>v.<br><br>FEDERAL RESERVE BOARD OF GOVERNORS; FEDERAL RESERVE BANK OF PHILADELPHIA; AND U.S. TREASURY,<br>　　　*Defendants.* | Civil No. 24-5422 |

### ORDER

**AND NOW**, this 21st day of November, 2025, upon review of Plaintiffs' Motion to Dismiss The Federal Reserve Bank of Philadelphia's Motion to Dismiss (ECF No. 38) it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED AS MOOT** for the reasons stated in the accompanying memorandum.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARY KAY COSTELLO, J.