IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. PERSON TRUST(S) EX REL. YOUNG, JOHNNY; SAVAGE, PAUL; AND PREFERRED NAME ISRAEL ZADOCK, ET AL.,<br>    *Plaintiffs,*<br><br>v.<br><br>FEDERAL RESERVE BOARD OF GOVERNORS; FEDERAL RESERVE BANK OF PHILADELPHIA; AND U.S. TREASURY,<br>    *Defendants.* | Civil No. 24-5422 |

## ORDER

**AND NOW**, this 21st day of November, 2025, upon review of Defendants Federal Reserve Board of Governors and U.S. Treasury's Motion to Dismiss (ECF No. 57) and the responses thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** for the reasons stated in the accompanying memorandum.

**IT IS FURTHER ORDERED** that Plaintiff's compliant as to the Federal Reserve Board of Governors and the U.S. Treasury is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
MARY KAY COSTELLO, J.