IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. PERSON TRUST(S) EX REL. YOUNG, JOHNNY; SAVAGE, PAUL; AND PREFERRED NAME ISRAEL ZADOCK, ET AL., <br>    *Plaintiffs,* <br><br> v. <br><br> FEDERAL RESERVE BOARD OF GOVERNORS; FEDERAL RESERVE BANK OF PHILADELPHIA; AND U.S. TREASURY, <br>    *Defendants.* | Civil No. 24-5422 |

## ORDER

**AND NOW**, this 21st day of November, 2025, upon review of Defendant U.S. Treasury's Motion to Join in the Motion to Dismiss of the Federal Reserve Boad of Governors (ECF No. 67) it is hereby **ORDERED** that Defendant's Motion is **GRANTED** for the reasons stated in the accompanying memorandum.

                   **BY THE COURT:**

                   _____
                   MARY KAY COSTELLO, J.