IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. PERSON TRUST(S) EX REL. YOUNG, JOHNNY; SAVAGE, PAUL; AND PREFERRED NAME ISRAEL ZADOCK, ET AL., <br>     *Plaintiffs,* <br><br> v. <br><br> FEDERAL RESERVE BOARD OF GOVERNORS; FEDERAL RESERVE BANK OF PHILADELPHIA; AND U.S. TREASURY, <br>     *Defendants.* | Civil No. 24-5422 |

## ORDER

**AND NOW**, this 21st day of November, 2025, upon review of Plaintiffs' Motion for Joinder (ECF No. 69) it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED AS MOOT** for the reasons stated in the accompanying memorandum.

BY THE COURT:

_____
MARY KAY COSTELLO, J.